UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------x

United States of America,

vs.

15 CR 197 (LAK)

JOHN COLE,
             Defendant

------------------x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

The defendant is ordered remanded into the custody of the U.S. Marshal.

DATED: February 11, 2020

_____
Lewis A. Kaplan
United States District Judge